No. 80–317.   UNIVERSITY OF TEXAS ET AL. v. CAMENISCH. C. A. 5th Cir.   Certiorari granted.

No. 80–429.   COUNTY OF WASHINGTON, OREGON, ET AL. v. GUNTHER ET AL.   C. A. 9th Cir.   Certiorari granted.

No. 80–54.   ITT GILFILLAN v. CLAYTON; and

No. 80–5049.   CLAYTON v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL.   C. A. 9th Cir.   Motion of petitioners in No. 80–5049 for leave to proceed *in forma pauperis* granted.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: 623 F. 2d 563.

No. 80–193.   BUCZYNSKI ET AL. v. GENERAL MOTORS CORP. ET AL.   C. A. 3d Cir.   Certiorari granted, case consolidated with No. 79–1943 [*Alessi et al. v. Raybestos-Manhattan, Inc., et al.*], *supra*, and a total of one hour allotted for oral argument.

No. 80–207.   CBS, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 80–213.   AMERICAN BROADCASTING COS., INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 80–214.   NATIONAL BROADCASTING CO., INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.   C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: 202 U. S. App. D. C. 369, 629 F. 2d 1.

No. 80–120.   ST. MARTIN EVANGELICAL LUTHERAN CHURCH ET AL. v. SOUTH DAKOTA.   Sup. Ct. S. D.   Motion of Alabama et al. for leave to file a brief as *amici curiae* granted. Certiorari granted.